SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>    vs.<br><br>Sun T. Sin, et al,<br><br>            Defendants | Case No. **2:09-cv-01488-MCE-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 21, 2009 FOR DEFENDANTS, CHAE BONG IM; CHONG NAM IM, TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendants, Chae Bong Im; Chong Nam Im, by and through their respective attorneys of record, Scott N. Johnson; Paul L. Cass, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants, Chae Bong Im; Chong Nam Im, are granted an extension until August 21, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants, Chae Bong Im; Chong Nam Im, response will be due no later than August 21, 2009.

IT IS SO STIPULATED effective as of July 17, 2009

Dated: July __, 2009                    _____

                                                                     Paul L. Cass,

                                                                       Attorney for Defendants,

                                                                       Chae Bong Im;

                                                                       Chong Nam Im

Dated: July 17, 2009                    /s/Scott N. Johnson _____

                                                                       Scott N. Johnson,

                                                                       Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED:** that Defendants, Chae Bong Im; Chong
2  Nam Im, shall have until August 21, 2009 to respond to
3  complaint.

4  
5  DATED: July 21, 2009

6  _____
7  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com